IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN STREET,
    Plaintiff,

vs.                              Case No. 5:09cv179/RH/EMT

ROBERT HOLT, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff initiated this cause by filing what appeared to be a complaint under 28 U.S.C. § 1331 or § 1346 (*see* Doc. 1). Plaintiff failed to pay the filing fee or file a motion to proceed in forma pauperis; therefore, on May 20, 2009 the court directed Plaintiff to do so (Doc. 3). Plaintiff failed to pay the fee or submit a motion to proceed in forma pauperis; therefore, on June 25, 2009, the court issued an order directing Plaintiff to show cause, within twenty (20) days, why this case should not be dismissed (Doc. 5). That time has elapsed with no response from Plaintiff.

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

    At Pensacola, Florida, this 24th day of July 2009.

                                      */s/ Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten (10) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**