IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRIAN STREET,

      Plaintiff,

v.                                                   CASE NO. 5:09cv179-RH/EMT

ROBERT HOLT, et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 6). No objections have been filed. I have reviewed *de novo* the issues raised by the objections.

On its face, the plaintiff's complaint—actually a letter that has been construed as a complaint—seems to say that the plaintiff is an inmate who has not exhausted his remedies within the Bureau of Prisons. He complains of a failure to provide needed medical care in violation of the Eighth Amendment. The Prison Litigation Reform Act requires the exhaustion of administrative remedies before the filing of a lawsuit of this kind.

But even if that were not so, the plaintiff could proceed only by paying the filing fee or applying for and receiving leave to proceed in forma pauperis. The plaintiff has ignored the magistrate judge's repeated orders to do so. The report and recommendation properly concludes that the case should be dismissed without prejudice.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on August 26, 2009.

                                          s/Robert L. Hinkle
                                          United States District Judge